UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiff,

v.

NUTRITIONAL GROWTH SOLUTIONS INC.,

Defendants

No.: 1:25-cv-7107

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CEDRIC BISHOP and Defendant, NUTRITIONAL GROWTH SOLUTIONS INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
March 11, 2026

**GOTTLIEB & ASSOCIATES PLLC**

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

**THE WRIGHT LAW FIRM, P.C.**

Glenn D. Wright, Esq.
60 East 42nd Street, Suite 46
New York, NY 10165
Phone: (212) 619-1500
Fax: (800) 309-5851
gw@wrightlawfirmnyc.com

*Attorney for Defendant*